BENJAMIN B. WAGNER
United States Attorney
ASHWIN JANAKIRAM
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-MJ-113-CKD |
| Plaintiff, | ORDER DISMISSING |
| v. | INFORMATION AND VACATING TRIAL |
| RAFAEL GUERRERO, | DATE: August 5, 2013 |
| | TIME: 9:00 a.m. |
| Defendant. | JUDGE: Carolyn K. Delaney |

It is hereby ordered that the court trial scheduled for August 5, 2013 in the above captioned case is VACATED.

It is hereby ordered that the plaintiff United States of America's motion to dismiss the Information in case no. 2:13-MJ-113-CKD is GRANTED.

IT IS SO ORDERED.

Dated: June 26, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE